IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID A. McDEARMID,

    Petitioner,

v.                            CASE NO. 4:08cv526-SPM/WCS

WALTER McNEIL,

    Respondent.
_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation (doc. 12) dated December 21, 2010. Petitioner has filed objections (doc. 13) pursuant to Title 28, United States Code, Section 636(b)(1). Despite the objections, I have determined that the report and recommendation should be adopted.

"An application for writ of habeas corpus may be denied on the merits, notwithstanding the failure of the applicant to exhaust the remedies available in the courts of the State." 28 U.S.C. § 2254(b)(2). Therefore, despite the State's argument that Petitioner did not exhaust his State remedies for his first ground, the magistrate judge properly determined that Petitioner failed to present a

federal claim and, alternatively, that he failed to show that the state court's decision was contrary to or involved an unreasonable application of Federal law. With regard to Petitioner's fourth ground, the magistrate judge properly determined that Petitioner failed to show how an actual conflict of interest adversely affected his lawyer's performance.

Accordingly, it is ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 12) is ADOPTED and incorporated by reference in this order.

2. The 2254 petition for writ of habeas corpus filed by David A. McDearmid challenging convictions for two counts of burglary of a dwelling, one count of burglary of a structure, two counts of grant theft, and one count of criminal mischief in the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, case number 2005CF2794A1, is denied with prejudice.

3.. No certificate of appealability will be issued because Petitioner has failed to make a substantial showing of the denial of a constitutional right.

DONE AND ORDERED this 27th day of January, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge